# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2019

## NO. 03-19-00021-CV

**Hi Tech Luxury Imports, LLC, Appellant**

**v.**

**Townsend L. Morgan, Jr., Appellee**

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, TRIANA
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the interlocutory order signed by the trial court on December 18, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.